# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135344 & (10)

ANTHONY O'NEAL WILSON,
     Plaintiff-Appellant,

v

GENESEE COUNTY CONCEALED
WEAPONS BOARD,
     Defendant-Appellee.

SC: 135344
COA: 281069
Genesee CC: 07-086972-AV

_____/

On order of the Court, the motion for immediate consideration is DENIED. The application for leave to appeal the November 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. Costs of $250 are assessed against the plaintiff in favor of the defendant under MCR 7.316(D)(1) for filing a vexatious appeal. The plaintiff is barred from submitting additional filings in this Court until he offers proof that he has paid any outstanding court-imposed sanctions.

KELLY, J., would simply deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2008

_____
Clerk

d0325